No. 66273.—Hambro Glassware et al. *v.* United States, protests 249812–K, etc. (New York).

Opinion by OLIVER, C. J.   The protests were dismissed.

No. 66274.—Ayerst Laboratories, Inc., et al. *v.* United States, protests 303513–K, etc. (Ogdensburg).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of "5–Ethyl–5–phenyl-hexahydropyrimidine–4: 6–dione," the claim of the plaintiffs was sustained.

No. 66275.—Juillard Fancy Foods Co. et al. *v.* United States, protests 58/18277, etc. (San Francisco).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fried herring or fish cakes similar in all material respects to those the subject of *Richter Bros., Inc.* v. *United States* (44 C.C.P.A. 128, C.A.D. 649), the claim of the plaintiffs was sustained.

No. 66276.—The American Import Co. *v.* United States, protests 59/17778, etc. (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.